Dismissed and Memorandum Opinion filed May 29, 2003









Dismissed and Memorandum Opinion filed May 29, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00388-CV

____________

 

METROBANK, N.A., Appellant

 

V.

 

SOUTHWEST SERVICE CENTER, LTD. 

&
JAMSHID MOSHARI, Appellees

 



 

On Appeal from the County Civil Court
at Law No. 4

Harris
County, Texas

Trial Court Cause No. 747,748-801

 



 

M
E M O R A N D U M   O P I N I O N

This is a restricted appeal from a default judgment signed
October 2, 2002.  On May 19, 2003,
appellant filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 29, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.